IN THE 3rd ~~COURT OF APPEALS~~ DISTRICT COURT

X
X
X        CASE NO. 03-15-00230-CV
X
X
X

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE'S & CLERK'S OF SAID COURT!

The undersigned offender files this notice of change of address and requests that the court's docket & clerks files in the above-styled cause be updated accordingly.

My new address is as follows:

Charles Lee #904078

STREET Alfred Hughes Unit RT. 2. Box 4400

CITY, STATE, ZIP Gatesville, Texas 76597

8-26-2015

RESPECTFULLY SUBMITTED,

Charles Lee #904078

3rd Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

RECEIVED
AUG 2 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Mr. Charles Lee # 9050 78
Alfred Hughes Unit
Route 2 Box 4400
Gatesville, Texas 76557

Legal

AUSTIN TX 787
RIO GRANDE DISTRICT
27 AUG 2025 PM 3 L

Hon: Clerk of the
Third Court of Appeals.
P.o. Box 12547
Austin, Texas 78711-2547

FOREVER USA
PURPLE HEART